Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  23−20685−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Ezequiel Torres
   4 Shannon Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−4890

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/15/2023 and a confirmation hearing on such Plan has been scheduled for 02/01/2024.

The debtor filed a Modified Plan on 2/16/24 and a confirmation hearing on the Modified Plan is scheduled for 3/21/2024. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 20, 2024
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-20685-VFP
Daniel Ezequiel Torres  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Feb 20, 2024      Form ID: 186      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Ezequiel Torres, 4 Shannon Lane, Blairstown, NJ 07825-2405 |
| 520085673 | + | BAC Services, LLC, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 520085679 | + | Pamela Harris-Williams, Esq., Pincus Law Group, PLLC, 923 Haddonfileld Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 520085681 | + | Shannon Lane Property Owners Association, 6 Shannon Lane, Blairstown, NJ 07825-2405 |
| 520085683 | + | Slomis, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1255 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2024 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2024 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520085670 | + | Email/Text: backoffice@affirm.com | Feb 20 2024 23:27:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520113433 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2024 23:31:17 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520101797 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 20 2024 23:25:00 | Aldridge Pite, LLP, Jenelle C. Arnold, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520085671 | + | Email/PDF: bncnotices@becket-lee.com | Feb 20 2024 23:41:37 | Amercian Express, Attn: Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520085672 | + | Email/PDF: bncnotices@becket-lee.com | Feb 20 2024 23:31:19 | American Express, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 520085674 | | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 20 2024 23:25:00 | Jersey Central Power & Light, Po box 3687, Akron, OH 44309-3687 |
| 520104963 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 20 2024 23:25:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520085675 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2024 23:41:45 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520085676 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2024 23:31:05 | LVNV Funding / Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520113432 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2024 23:31:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520136582 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2024 23:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520085677 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2024 23:26:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520085678 | | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2024 23:25:00 | NewRez, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520135688 | | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2024 23:25:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520085680 | | Email/Text: bkdepartment@rtresolutions.com | Feb 20 2024 23:26:00 | Real Time Solutions, Po Box 36655, Dallas, TX 75235-1655 |
| 520085684 | | Email/Text: bankruptcy@springoakscapital.com | Feb 20 2024 23:24:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, Po Box 1216, Chesapeake, VA 23327 |
| 520140524 | | Email/Text: bankruptcy@springoakscapital.com | Feb 20 2024 23:24:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520085685 | + | Email/Text: bncmail@w-legal.com | Feb 20 2024 23:25:00 | Target, c/o Financial & Retail Services, Mailstop BT Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520085682 | ##+ | Slomins, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1256 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Daniel Ezequiel Torres ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4