UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
856-481-2098
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Daniel Ezequiel Torres<br><br>Debtor | Case No.: 23-20685-VFP<br>Judge: Vincent F. Papalia<br>Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by   NewRez d/b/a Shellpoint  , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Payment made today: 3/18/24 $5,000.00, ref #004956645
Payments scheduled as follows:
3/26/24 $2,100.00; 3/31/24 $3,800.11
4/12/24 $3,633.37; and 4/26/24 $3,633.37

☐ Other **(explain your answer)**:

3.   This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date: 3/19/2024    /s/ Daniel Ezequiel Torres
Debtor's Signature

Date:    _____
Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*