Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−20685−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Ezequiel Torres
   4 Shannon Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−4890

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 3, 2024.

Dated: May 3, 2024
JAN: rah

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Ezequiel Torres  
    Debtor

Case No. 23-20685-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2024      Form ID: plncf13      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Ezequiel Torres, 4 Shannon Lane, Blairstown, NJ 07825-2405 |
| 520085673 | + | BAC Services, LLC, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 520085679 | + | Pamela Harris-Williams, Esq., Pincus Law Group, PLLC, 923 Haddonfileld Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 520085681 | + | Shannon Lane Property Owners Association, 6 Shannon Lane, Blairstown, NJ 07825-2405 |
| 520085683 | + | Slomis, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1255 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520085670 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 03 2024 20:32:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520113433 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 20:42:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520101797 | + | Email/Text: ecfbnc@aldridgepite.com | May 03 2024 20:33:00 | Aldridge Pite, LLP, Jenelle C. Arnold, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520085671 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2024 20:42:50 | Amercian Express, Attn: Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520085672 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2024 20:32:28 | American Express, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 520085674 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 03 2024 20:34:00 | Jersey Central Power & Light, Po box 3687, Akron, OH 44309-3687 |
| 520104963 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 03 2024 20:34:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520085675 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 20:42:37 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520085676 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 20:31:20 | LVNV Funding / Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520113432 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 20:31:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520136582 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 23-20685-VFP    Doc 34    Filed 05/05/24    Entered 05/06/24 00:15:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 03 2024 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520085677 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2024 20:34:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520085678 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 20:33:00 | NewRez, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520135688 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 20:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520085680 | | Email/Text: bkdepartment@rtresolutions.com | May 03 2024 20:34:00 | Real Time Solutions, Po Box 36655, Dallas, TX 75235-1655 |
| 520085684 | | Email/Text: bankruptcy@springoakscapital.com | May 03 2024 20:33:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, Po Box 1216, Chesapeake, VA 23327 |
| 520140524 | | Email/Text: bankruptcy@springoakscapital.com | May 03 2024 20:33:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520085685 | + | Email/Text: bncmail@w-legal.com | May 03 2024 20:34:00 | Target, c/o Financial & Retail Services, Mailstop BT Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520085682 | ##+ | Slomins, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1256 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Daniel Ezequiel Torres ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: plncf13 | Total Noticed: 25 |

TOTAL: 4