# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

IN RE:  Case No. 23-20685-VFP
Chapter 13

Daniel Ezequiel Torres

Debtor(s).

## NOTICE OF APPEARANCE

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 25th day of July, 2024, to the following:

Christopher G. Cassie
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
ccassie@keaveneylegalgroup.com
*Attorney for Debtor(s)*

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
mag@magtrustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Daniel Ezequiel Torres
4 Shannon Lane
Blairstown, NJ 07825

*Debtor(s)*

                                            By:      /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire