**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    DANIEL EZEQUIEL TORRES

Order Filed on August 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  23-20685 VFP**

**Hearing Date:  8/15/2024**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 16, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): DANIEL EZEQUIEL TORRES

Case No.: 23-20685

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 08/15/2024 on notice to KEAVENEY LEGAL

GROUP, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $4,434.00 to the Trustee's office by 8/31/2024 or the case will be

  dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's

  attorney; and it is further

- ORDERED, that the Debtor(s) must pay $6,651.00 to the Trustee's office by 9/30/2024 to be current with

  Trustee payments through September or the case will be dismissed upon certification of the Standing

  Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 23-20685-VFP

Daniel Ezequiel Torres                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 2
Date Rcvd: Aug 16, 2024                      Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Ezequiel Torres, 4 Shannon Lane, Blairstown, NJ 07825-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024                  Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | |
| | on behalf of Debtor Daniel Ezequiel Torres ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Steven Eisenberg | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 16, 2024                          Form ID: pdf903                              Total Noticed: 1
TOTAL: 5