Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−20685−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Ezequiel Torres
   4 Shannon Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−4890

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2024
JAN: mcp

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel Ezequiel Torres  
    Debtor

Case No. 23-20685-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 20, 2024      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Ezequiel Torres, 4 Shannon Lane, Blairstown, NJ 07825-2405 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520085673 | + | BAC Services, LLC, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 520085679 | + | Pamela Harris-Williams, Esq., Pincus Law Group, PLLC, 923 Haddonfileld Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 520085681 | + | Shannon Lane Property Owners Association, 6 Shannon Lane, Blairstown, NJ 07825-2405 |
| 520085683 | + | Slomis, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1255 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520085670 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 21:00:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520113433 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:45:10 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520101797 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 20 2024 20:36:00 | Aldridge Pite, LLP, Jenelle C. Arnold, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520085671 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 21:00:25 | Amercian Express, Attn: Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520085672 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 21:11:46 | American Express, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 520085674 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 20 2024 20:36:00 | Jersey Central Power & Light, Po box 3687, Akron, OH 44309-3687 |
| 520104963 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 20 2024 20:36:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520085675 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:44:43 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520085676 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:45:10 | LVNV Funding / Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520113432 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:44:36 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-20685-VFP    Doc 46    Filed 09/22/24    Entered 09/23/24 00:16:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520136582 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2024 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520085677 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2024 20:37:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520085678 | | Email/Text: mtgbk@shellpointmtg.com | Sep 20 2024 20:36:00 | NewRez, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520135688 | | Email/Text: mtgbk@shellpointmtg.com | Sep 20 2024 20:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520085680 | | Email/Text: bkdepartment@rtresolutions.com | Sep 20 2024 20:37:00 | Real Time Solutions, Po Box 36655, Dallas, TX 75235-1655 |
| 520085684 | | Email/Text: bankruptcy@springoakscapital.com | Sep 20 2024 20:36:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, Po Box 1216, Chesapeake, VA 23327 |
| 520140524 | | Email/Text: bankruptcy@springoakscapital.com | Sep 20 2024 20:36:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520085685 | + | EDI: WTRRNBANK.COM | Sep 21 2024 00:26:00 | Target, c/o Financial & Retail Services, Mailstop BT Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520085682 | ##+ | Slomins, Inc., 28 Kennedy Blvd, East, East Brunswick, NJ 08816-1256 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Daniel Ezequiel Torres ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 148 | Total Noticed: 26 |

Steven Eisenberg                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@sterneisenberg.com
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5